LAVINA W. REDDIN, Also Known as LAVINA W. HAUGHTON, Respondent, v. GREAT AMERICAN INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

JOHN J. ROBINSON, Respondent, v. MARTHA POLIZZI and Others, Appellants.— Order setting aside the verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HARRIS RUBIN and CHARLES RUBIN, Respondents, v. RACHEL YEDLIN and Others, Appellants. (Appeals Nos. 1 and 2.) — Order granting motion for injunction *pendente lite* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Plaintiffs, having asked equitable relief, must come with clean hands, and having defrauded defendants, they are barred from such relief. Plaintiffs' appeal for relief offends the conscience of this court. (*Unckles* v. *Colgate,* 148 N. Y. 529.) Order denying motion to dismiss complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The complaint purports to allege an action in equity and prays for an injunction. It shows upon its face that the judgment for $3,000 was based upon the fraudulent acts of these plaintiffs. Plaintiffs have not come into court with clean hands. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

ISIDOR SACHS, Appellant, v. CYNTHIA BERMAN, etc., and Others, Respondents. — Order denying plaintiff's motion to strike out the amended answer reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Everything set out in the amended answer may be proven under the denials contained in the original answer. Therefore, the amended answer contains no new issue founded upon new matter. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

SAG HARBOR ESTATES, Respondent, v. JUDSON L. BANISTER and Another, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ.

GEORGE F. SECOR, Respondent, v. GEORGE A. EYER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

HENRY J. SENGER, Respondent, v. SAMUEL RUBEL, R. & S. HOLDING CORPORATION, RUBEL COAL AND ICE CORPORATION OF NEW YORK, RUBEL COAL AND ICE CORPORATION OF DELAWARE and RUBEL FUEL CORPORATION, Appellants.— Order denying defendants' motions to vacate plaintiff's notice of examination before trial modified by providing that the examination of the several corporate defendants is to be by Samuel Rubel as president of each of the named corporations respectively; and as so modified the order is affirmed, without costs. Young, Hagarty, Seeger, Carswell and Scudder, JJ., concur.